UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ALFONSO PAREDES CORTEZ,

Petitioner,

v.                                                              CAUSE NO. 3:26cv892 DRL-SJF

MARKWAYNE MULLIN *et al.*,

Respondents.

## ORDER

In a prior order, the court denied the petition, except to find that Alfonso Paredes Cortez must be classified under 8 U.S.C. § 1226(a), and to conditionally order the Warden to release him by July 31, 2026, only if he remained detained without a custody redetermination before an immigration judge in accordance with 8 U.S.C. § 1226(a) and corresponding regulations on or before that date. The Warden notified the court that Mr. Paredes Cortez had a custody redetermination hearing before an immigration judge on July 31, 2026. Therefore, the court DIRECTS the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED.

August 13, 2026                              *s/ Damon R. Leichty*
                                             Judge, United States District Court